[Nos. 26490-7-I; 26508-3-I.   Division One.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY RAYMOND CHRISTENSEN, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 89-1-05232-2, Sharon S. Armstrong, J., entered June 18, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Baker, JJ.

[No. 25605-0-I.   Division One.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES P. BRUNSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00857-1, Daniel T. Kershner, J., entered February 6, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Baker, JJ.

[No. 13799-2-II.   Division Two.   September 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG A. MARTILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00988-9, Robert L. Harris, J., entered April 10, 1990. *Reversed* and *dismissed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander and Seinfeld, JJ.